IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00903-RPM

VICTOR P. TERRELL,

      Plaintiff,

v.

PEAK MEDICAL COLORADO NO. 3, INC.,
d/b/a BEAR CREEK NURSING AND REHABILITATION CENTER,

      Defendant.

---

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.4

---

      It appearing from the files and records that defendant has not filed a disclosure statement, it is

      ORDERED, that counsel for the defendant shall file a disclosure statement pursuant to D.C.COLO.LCivR 7.4.

      Dated:   April 7th, 2011

                                              BY THE COURT:

                                              s/Richard P. Matsch

      .                                        Richard P. Matsch, Senior District Judge