# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date: March 27, 2012
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

___

Civil Action No. 11-cv-00903-RPM

VICTOR P. TERRELL,                                                 Greg C. McReynolds

     Plaintiff,

v.

PEAK MEDICAL COLORADO NO. 3, INC.,            Theresa L. Corrada
a Delaware corporation,
d/b/a Bear Creek Nursing and Rehabilitation Center,

     Defendant.

___

## COURTROOM MINUTES
___

**Hearing on Motion for Summary Judgment**

**2:10 p.m.**          **Court in session.**

Court's preliminary remarks and states its summary of the case facts.

2:20 p.m.          Argument by Ms. Corrada.

2:27 p.m.          Argument by Mr. McReynolds.

Court's oral findings of fact and conclusions of law as stated on record.

**ORDERED:**     **Defendant's Motion for Summary Judgment [16], is granted.**
                         **Judgment shall enter in favor of defendant with costs awarded.**

**2:40 p.m.**          **Court in recess.**

Hearing concluded. Total time: 30 min.